**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**ALEXANDER VELAZQUEZ VELAZQUEZ**
aka ALEXANDER VELAZQUEZ
**ELISA FRANCHESCA MORALES MONTALVO**

xxx–xx–9457
xxx–xx–1434

Debtor(s)

Case No. **20–03820 EAG**

Chapter **13**

FILED & ENTERED ON 11/17/20

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Please take notice that the instant case has been reassigned to the Honorable Edward A. Godoy, U.S. Bankruptcy Judge.

Notice is also given that hearing on Confirmation hearing of Chapter 13 Plan has been rescheduled for 12/4/20 at 02:30 PM via Microsoft Teams Video &, Audio Conferencing, and/or Telephonic Hearings.

In San Juan, Puerto Rico, this **Tuesday, November 17, 2020**.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By:*ALVIN CENTENO GONZALEZ*
Deputy Clerk