UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

ALEXANDER VELAZQUEZ VELAZQUEZ
ELISA FRANCHESCA MORALES MONTALVO

XXX-XX-9457
XXX-XX-1434

DEBTOR (S)

Case No. 20-03820-EAG

CHAPTER 13

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2020 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

1. Debtors are requesting to retain their 2020 tax refund of $1,619.00 to cover some unexpected expenses. Docket #22.

2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2020, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a

copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, May 26, 2021.

/s/ Mayra Arguelles -Staff Attorney
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

MASTER ADDRESS LIST

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ALEXANDER VELAZQUEZ VELAZQUEZ<br>ANDREAS COURT<br>370 CALLE 10<br>APT 88<br>~~TRUJILLO ALTO, PR 00976~~ |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 |
| DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE<br>STE 400<br>VALHALLA, NY 10595 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | ST MARYS SCHOOL INC<br>SAGRADO CORAZON<br>L 4 SAN JAVIER<br>SAN JUAN, PR 00926 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| SELF EMPLOYER<br><br>, PR 00000 | BANCO POPULAR DE PUERTO RICO<br>C/O JOSE A MOREDA DEL VALLE LAW OFFICE<br>4002 AURORA STREET<br>PONCE, PR 00717-1513 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN,, PR 00919-5115 |

```
AMERICAN EXPRESS NATIONAL BANK            ARS NATIONAL SERVICES INC
C/O BECKET AND LEE LLP                    PO BOX 469100
PO BOX 3001                               ESCONDIDO,, CA  92046-9100
MALVERN, PA  19355-0701


AMEX DSNB                                 ARS NATIONAL SERVICES INS
PO BOX 8218                               PO BOX 469046
MASON,, OH  45040-8218                    ESCONDIDO,, CA  92046-9046


CAPITAL MANAGEMENT GROUP LLC              CAVALRY PORT
PO BOX 362464                             500 SUMMIT LAKE DR
SAN JUAN,, PR  00936-2464                 VALHALLA,, NY  10595-1340


CAVALRY SPV I LLC AS ASSIGNEE             DYNAMIC RECOVERY SOLUTIONS
OF CITIBANK NA                            135 INTERSTATE BLVD
PO BOX 27288                              GREENVILLE, SC  29615
TEMPE, AZ  85282


JPMORGAN CHASE BANK NA S/B/M/T CHASE BANK USA N.MIGUEL A. MAZA & ASSOCIATES
PO BOX 15368                              PO BOX 364028
WILMINGTON, DE  19850                     SAN JUAN,, PR  00936-4028


JPMORGAN CHASE BANK NA S/B/M/T CHASE BANK USA N.NORTHSTAR LOCATION SERVICES LLC
C/O ROBERTSON ANSCHUTZ & SCHNEID PL       4285 GENESSE STREET
6409 CONGRESS AVENUE SUITE 100            CHEEKTOWAGA,, NY  14225-1943
BOCA RATON, FL  33487


MIDLAND CREDIT MANAGEMENT INC             NORTHSTAR LOCATION SERVICES LLC
PO BOX 2037                               FINANCIAL SERVICES DEPARTMENT
WARREN, MI  48090                         PO BOX 49
                                          BOWMANSVILLE,, NY  14026-0049


ORIENTAL BANK                             PROFESSIONAL HEPA CERTIFICATE CORP
MORTGAGE DIVISION                         PMB 207
PO BOX 362394                             BOX 4960
SAN JUAN, PR  00936-2394                  CAGUAS, PR  00726-4960


ORIENTAL BANK
C/O FERNANDEZ CUYAR ROVIRA & PLA LLC
PO BOX 9023905
SAN JUAN, PR  00902-3905


MRS BPO LLC
1930 OLNEY AVENUE
CHERRY HILL, NJ  08003


ALEXANDER VELAZQUEZ VELAZQUEZ
ANDREAS COURT
370 CALLE 10
APT 88
TRUJILLO ALTO, PR  00976

ELISA FRANCHESCA MORALES MONTALVO

,   00000
```