IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 20-03820 EAG |
| | | |
| VELAZQUEZ VELAZQUEZ, ALEXANDER | * | CHAPTER 13 |
| xxx-xx-9457 | | |
| MORALES MONTALVO, ELISA FRANCHESCA | * | |
| xxx-xx-1434 | | |
| | * | |
| DEBTORS | | |

**DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COME NOW, ALEXANDER VELAZQUEZ VELAZQUEZ and ELISA FRANCHESCA MORALES MONTALVO**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The DEBTORS are hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated September 01, 2021 herewith and attached to this motion.

2. This Plan modification is filed to **amend Part 3, Section 3.1, in order to delete the provision for payment of pre-petition arrears to secured creditor Oriental Bank, Claim No. 15-1 since the Debtors are in the process of obtaining a loan modification with said creditor and which modification will directly cure the aforementioned pre-petition arrears; Part 4, Section 4.4 to provide for the correct amount owed as a priority to Treasury Department Claim No. 12; Part 4, Section 4.3 to request payment of additional attorneys fees; and Part 8, Section 8.5 to provide for the lifting of stay in favor of Oriental Bank, Claim No. 15-1 for loan modification purposes, in the above captioned case.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 20-03820 EAG13

herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the Debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 1st day of September, 2021.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
Email: rfc@rfigueroalaw.com

**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico, San Juan Division**

| | |
|---|---|
| In Re<br>**VELAZQUEZ VELAZQUEZ, ALEXANDER & MORALES MONTALVO, ELISA FRANCHESCA**<br><br>XXX-XX-**9457**<br><br>XXX-XX-**1434**<br><br>**Puerto Rico Local Form G**<br><br>**Chapter 13 Plan dated 09/01/2021** | Case No: **20-03820 EAG**<br><br>Chapter 13<br><br>[ ] Check if this is a pre-confirmation amended plan.<br><br>[X] Check if this is a post confirmation amended plan<br>Proposed by:<br>    [ ] Debtor(s)<br>    [ ] Trustee<br>    [ ] Unsecured creditor(s)<br><br>[X] If this is an amended plan, list below the sections of the plan that have been changed.<br><br>3.1; 4.6; 8.5 |

## PART 1 Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | [ ] Included | [X] Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | [X] Included | [ ] Not included |

## PART 2: Plan Payments and Length of Plan

2.1 **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| 175.00 | 38 | 6,650.00 | At month 11 of the Plan: $936.00 was paid-in from 2020 tax refund. |
| 513.00 | 22 | 11,286.00 | |
| Subtotals | 60 | 18,872.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*
[ ] Debtor(s) will make payments pursuant to a payroll deduction order.
[X] Debtor(s) will make payments directly to the trustee.
[ ] Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
[X] None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
[ ] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

[X] The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Collateral | Current installment payments (Including escrow) | Amount of Arrearage (If any) | Interest rate on arrearage (If any) | Monthly plan PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **Banco Popular de Puerto Rico** | 186 Rio Rosario Street, Caguas, PR 00725 | 783.33 | 210.32 | 0.00% | 00.00 | 0.00 |
| | | Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | | __ Months | Starting on Plan Month | |
| **Firstbank Puerto Rico** | 2019 Jeep Grand Cherokee 4WD | 646.00 | 0.00 | 0.00% | 00.00 | 0.00 |
| | | Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | | __Months | Starting on Plan Month ___ | |

Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 2

| Oriental Bank | URB ANDREAS COURT D24 LOURDES STREET, TRUJILLO ALTO, PR 00976 | 1,215.00 | 00.00 | 0.00% | 0.00 | 00.00 |
|---|---|---|---|---|---|---|
| | | Disbursed by:<br>[ ] Trustee<br>[X] Debtor(s) | | _ Months | Starting on Plan Month ___ | |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

   *Check one.*

   [X] **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**
   [ ] Payments pursuant to 11 USC §1326(a)(1)(C):
   *Name of secured creditor       $ Amount of APMP              Comments*
   **None**

   *Insert additional lines as needed.*

   Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**

   Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
   Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

   *Check one.*

   [X] **Flat Fee**: Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

   **OR**

   [ ] **Fee Application**: The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

Attorney's fees paid pre-petition: **$ 191.00**
Balance of attorney's fees to be paid under this plan are estimated to be: **$ 3,809.00**
If this is a post-confirmation amended plan, estimated attorney's fees: **$ 500.00**

**4.4 Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6.**

*Check one.*
[ ] **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

[X] The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $**1,720.79**

| Name of priority creditor | Estimate amount of claim to be paid |
|---|---|
| Departamento of Treasury Claim No. 12 | 1,720.79 |

*Insert additional lines as needed.*

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**4.6 Post confirmation property insurance coverage**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

[ ] The sum of $ _____.

[ ] _____% of the total amount of these claims, an estimated payment of $ _____.

[X] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

[ ] If the estate of the Debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ _____.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3 Other separately classified nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory

contracts and unexpired leases are rejected.

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

### 7.1 Property of the estate will vest in the Debtor(s) upon

*Check the applicable box:*

[X] Plan confirmation.
[ ] Entry of discharge.
[ ] Other: _____

### 7.2 Plan distribution by the trustee will be in the following order:
*(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)*

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

### 8.1   Check "None" or list the nonstandard plan provisions

[ ] **None**. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 This Section modifies LBF-G, Part 3: Retention of Lien:**
The lien holder of any allowed secured claim, provided for by the Plan in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.

**8.4 This Provision Supplements Part 3 to provide for the Lifting of the 362(a) Stay:**
Upon the confirmation of this plan the automatic stay pursuant to Section 362(a) will be lifted in favor of First Bank PR, as to collateral related to this car loan, a 2017 VW Jetta. The car loan is being paid directly to First Bank PR by a 3rd Party (the Debtor's daughter). The Trustee will make no disbursements to secured creditor First Bank PR, without prejudice of creditor filing a deficiency

claim in order to receive pro-rata distribution by the Trustee as an unsecured claim.

**8.5 This Provision Supplements Part 3 to provide for the Lifting of the 362(a) Stay for Loan Modification Purposes:**
Upon the confirmation of this plan the automatic stay pursuant to Section 362(a) will be lifted in favor of Oriental Bank Claim No. 15-1 for loan modification purposes only; the pre-petition mortgage loan arrears in the sum of $10,277.67 are to be paid directly through a loan modification to be executed between the Debtors and Oriental Bank, the Trustee will make no disbursements to secured creditor Oriental Bank Claim No. 15-1.

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/Roberto Figueroa Carrasquillo   Date September 01, 2021
**Signature of attorney of Debtor(s)**
RFIGUEROA CARRASQUILLO LAW OFFICE PSC

[signature]   Date September 01, 2021
ALEXANDER VELAZQUEZ VELAZQUEZ

Date

Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 20-03820-EAG13<br>District of Puerto Rico<br>Old San Juan<br>Wed Sep 1 11:45:58 AST 2021 | BANCO POPULAR DE PUERTO RICO (762)<br>MORTGAGE SERVICING DEPARTMENT<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ORIENTAL BANK<br>C/O JUAN A. CUYAR COBB, ESQ.<br>FERNANDEZ CUYAR ROVIRA & PLA LLC<br>PO BOX 9023905<br>SAN JUAN, PR 00902-3905 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ARS National Sercices Inc<br>PO Box 469100<br>Escondido, CA 92046-9100 | ARS National Services Ins<br>PO Box 469046<br>Escondido, CA 92046-9046 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Amex Dsnb<br>PO Box 8218<br>Mason, OH 45040-8218 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICING DEPARTMENT (762)<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR 00936-6818 | Capital Management Group LLC<br>PO Box 362464<br>San Juan, PR 00936-2464 |
| Cavalry Port<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citi<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 |
| Citibank NA<br>PO Box 790110<br>St Louis, MO 63179-0110 | DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424-B<br>PO BOX 9024140 SAN JUAN PR, 00902-4140 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dynamic Recovery Solutions<br>135 Interstate Blvd<br>Greenville, SC 29615-5720 | Firstbank Puerto Rico<br>PO Box 11856<br>San Juan, PR 00910-3856 | Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| MRS BPO LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Miguel A. Maza & Associates<br>PO Box 364028<br>San Juan, PR 00936-4028 |

```
Northstar Location Services LLC      Northstar Location Services LLC      ORIENTAL BANK (MORTGAGE DIVISION)
4285 Genesse Street                  Financial Services Department        PO BOX 362394
Cheektowaga, NY  14225-1943          PO Box 49                            SAN JUAN, PR 00936-2394
                                     Bowmansville, NY 14026-0049


Oriental Bank                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC PayPal Credit CVSC/SYNCB
PO Box 195115                        PO BOX 41067                         PO Box 960080
San Juan, PR  00919-5115             NORFOLK VA 23541-1067                Orlando, FL  32896-0080


Syncb/Amer Eagle                     Syncb/oldnav                         Syncb/tjx
PO Box 965005                        PO Box 965005                        PO Box 965015
Orlando, FL  32896-5005              Orlando, FL  32896-5005              Orlando, FL  32896-5015


ALEXANDER VELAZQUEZ VELAZQUEZ        ELISA FRANCHESCA MORALES MONTALVO    JOSE RAMON CARRION MORALES
370 CALLE 10 APT 88                  370 CALLE 10 APT 88                  PO BOX 9023884
URB ANDREAS COURT                    URB ANDREAS COURT                    SAN JUAN, PR 00902-3884
TRUJILLO ALTO, PR 00976-7817         TRUJILLO ALTO, PR 00976-7817


MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)       PO BOX 186
OCHOA BUILDING                       CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discoverbank                         Jefferson Capital Syst               (d)Jefferson Capital Systems LLC
PO Box 15316                         16 McLeland Rd                       Po Box 7999
Wilmington, DE  19850-5316           Saint Cloud, MN  56303-2198          Saint Cloud Mn 56302-9617


Jp Morgan Chase Bank NA              PORTFOLIO RECOVERY ASSOCIATES, LLC   (d)Portfolio Recovery Associates, LLC
PO Box 15369                         POB 41067                            POB 12914
Wilmington, DE  19850-5369           Norfolk, VA 23541                    Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FIRST BANK                        End of Label Matrix
CONSUMER SERVICE CENTER              Mailable recipients    43
BANKRUPTCY  DIVISION (CODE 248)      Bypassed recipients     1
PO BOX 9146, SAN JUAN, PR 0098-0146  Total                  44
```