**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**ALEXANDER VELAZQUEZ VELAZQUEZ**
aka ALEXANDER VELAZQUEZ
**ELISA FRANCHESCA MORALES MONTALVO**

xxx–xx–9457
xxx–xx–1434

Debtor(s)

Case No. **20–03820 EAG**

Chapter **13**

FILED & ENTERED ON 9/20/21

*ORDER*

The motion filed by the debtor requesting court authority to incur in credit/mortgage loan modification (docket #31) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, September 20, 2021 .

Edward A. Godoy
United States Bankruptcy Judge